| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>5/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Mitchell Cohen U.S. Courthouse<br>1 John F. Gerry Plaza, Box 889<br>Camden, New Jersey 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kugler, Robert B.

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed Stenographer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (formerly Wachovia) | A | Interest | J | T | | | | | |
| 2. Gabelli Asset Fund | | | | | Redeemed | 06/10/10 | J | A | |
| 3. Franklin TempletonMutual Qualified Fund - Class Z | A | Dividend | J | T | | | | | |
| 4. Schwab 100 Fund | | | | | Redeemed | 06/10/10 | K | C | |
| 5. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 6. Partnership, Coins | | None | J | T | | | | | |
| 7. TD Bank (formerly Commerce Bank) | A | Interest | J | T | | | | | |
| 8. AIG Sun America | A | Interest | J | T | | | | | |
| 9. Trust (Trustee) | | | | | | | | | |
| 10. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 11. -Vanguard Bond Fund | C | Dividend | L | T | | | | | |
| 12. -Vanguard NJ Tax Exempt | A | Dividend | L | T | | | | | |
| 13. -Vanguard Dividend Growth | C | Dividend | L | T | | | | | |
| 14. -Vanguard 500 Index Fund | D | Dividend | L | T | | | | | |
| 15. -Mortgage NJ Property | D | Interest | N | T | | | | | |
| 16. -Wells Fargo (formerly Wachovia) | A | Interest | K | T | | | | | |
| 17. -One Centennial Square | E | Dividend | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Real Estate - (Collier County FL) | | | N | T | | | | | |
| 19. Schwab IRA | | | | | Redeemed | 06/10/10 | N | A | |
| 20. Real Estate - (Atlantic County, NJ) Parcel 1 | | | O | S | | | | | |
| 21. Real Estate - Atlantic County, NJ) Parcel 2 | | | M | S | | | | | |
| 22. Real Estate - (Camden County, NJ) Parcel 1 | | | O | S | | | | | |
| 23. Real Estate - Camden County, NJ) Parcel 2 | | | M | S | | | | | |
| 24. Real Estate - Camden County, NJ) Parcel 3 | | | N | S | | | | | |
| 25. T Rowe Price Alaska 529 | B | Dividend | L | T | | | | | |
| 26. ING Direct | A | Interest | L | T | | | | | |
| 27. TD Bank | A | Interest | K | T | | | | | |
| 28. Pioneer Stock Fund | A | Dividend | J | T | | | | | |
| 29. Met Life (whole life) | A | Dividend | J | T | | | | | |
| 30. U.S. Savings Bonds | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B] and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Part VII, Paragraph 6, the partnership is with a close relative and is invested in gold coins.

As to Part VII, Paragraph 18, the real estate is owned with another person and is an unimproved lot.

As to Part VII, paragraph 5, I am an income beneficiary of a Trust and have a contingent interest in the corpus but have no power to direct, buy or sell or otherwise dispose of any assets. As of 12/31/10, the Trust invested in the following funds and securities: Artio Global High Income, Pimco Total Return Fund, Vanguard Intermediate Term Tax Exempt Fund, Wells Fargo Advantage International Bond Fund, Fidelity Advisors Emerging Market Income Fund, Exxon Mobil Corporation, General Electric Corp., Verizon Communications, Public Service Enterprise Group, Inc., American Century Equity Income Fund, Harbor Capital Appreciation Fund, IShares Russell 2000, Munder Mid Cap Core Growth Fund, Touchstone Mid Cap Fund Class Y, Delaware Pooled Trust International Equity Portfolio, Harbor International Fund, Lazard Emerging Markets Portfolio, ING Real Estate Fund Class-I, Morgan Stanley Institutional International Real Estate Portfolio, and Pimco Commodity Real Return Strategy Fund.

As to Part VII, paragraphs 9 - 17, I hold these investments only as Trustee U/W. I have no income interest in any investment and have only a contingent beneficial interest in the corpus. I have the authority to buy, sell, or otherwise dispose of the assets of this Trust.

As to Part III and Part VII, paragraphs 20 - 28, I was married during 2010, ███████████████████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ROBERT B. KUGLER**
UNITED STATES DISTRICT JUDGE

**MITCHELL H. COHEN U.S. COURTHOUSE**
1 John F. Gerry Plaza - Room 6040
CAMDEN, NJ 08101
856-757-5019

August 30, 2011

Hon. Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2010 Filing

Dear Judge Baldock:

Please permit this letter to Amend and Supplement my 2010 filing.

As to Part VII, page 5, lines 29 and 30, "Met Life (whole life)" and "U.S. Savings Bonds" are assets belonging to ▓▓▓▓▓▓▓▓▓ and should have been so identified in Part VIII. The final sentence of Part VIII should read "as to Part III and Part VII, paragraphs 20-30, I was married during 2010, and these assets ▓▓▓▓▓▓▓▓▓▓▓▓

As to Part VII, page 5, line 25, the fund is the T Rowe Price Alaska 525 Balanced Portfolio.

As to Part VII, page 5, lines 18 and 20-24, income for 18, 20, 21 and 22 should be NONE." For lines 23 and 24, the income code at B1 should be "D" and Type at B(2) should be "rent."

As to Part VII, page 5, lines 20-24, the actual tax assessments are:

| | |
|---|---|
| Line 20 | $888,000 |
| Line 21 | $359,000 |
| Line 22 | $858,100 |
| Line 24 | $876,000 |

The tax equalization rate (average ratio of assessed to true value) is near 100 % (+ or – 5%).

Part I should reflect I am trustee and a residuary trust under the will of a deceased relative. The fourth paragraph of Part VIII provides further details.

As the Part VII, page 5, lines 27 and 28-34, and page 6, lines 35-46 of the 2009 statement, the assets listed were part of an IRA (Schwab IRA). As reflected in line 19, Part VII, of the 2010 statement, that IRA (and all the assets) were redeemed in June, 2010. As shown at line 19, the D3 value code is "N" and D4 gain code is "A."

**Kugler, Robert B. A**

August 30, 2011
Page 2


I believe that addresses the Issues raised in the Committee's letter of July 26, 2011.

Very truly yours,

ROBERT B. KUGLER

RBK:mg                                        United States District Judge